I, Paula M Coleto reside at 3528 Wilson Avenue, Alexandria, 22305.

I come to You Honorable United States District Judge, with my faith in God I write to you in hoped that you consider reality of Mr. JOEL A. SANDOVAL, so that You might consider pardon at time of sentencing because he is a positive person and does not have a bad record in the entire EE.UU nor in any other place this has been the first time he has been arrested.

I met him for the first time in the year 2004 he worked part time in the Spectrum Restaurant as a waiter, where I held the position of Manager, he was competent, precise, and honest, He quickly gained the affection and the confidence of his fellow workers and my own. In spite of his young age Joel is very responsible, and progressive, just when he arrived to this country, he started studying the English language at the National Institute of Language in Washington DC location. He has been studying while detained and has finished and received his GED. As always his greatest interest is to study, to work to help his mother and youngest brother who is attending the University at the moment in Lima.

I started to have a very close friendship with him when I offered him a place to live in my house for a period of time, soon after he went to live to another place because of work reasons. We no longer worked together. Nevertheless Joel always visited me which always made me feel good since I never had children I had feelings for him, around that time he introduced me to his mother over the phone and we began a friendship although we had yet to meet personally. He considered me as a second mother. Because of the friendship and bond my husband and I asked to come live with us again to live like a family.

Under these circumstances we felt much pain when we found out Joel was arrested, we could not believe it. I went to see him at the detention center, because we trust in each other and the first thing he did was ask me to forgive him and was regretful for being there. During all this time he has sworn this would never occur again and I believe him because I know him.

Joel's parents cannot come to the United States. They are desperate, so I went to visit them in Lima to calm them down and try to comfort them last May. That was when I met his parents, brothers and sisters in person. They are very sweet and affectionate people, there is how I found out that Joel since he was very young was interested in music. At the age of nine he could read music and aside from being a good student he participated in religious events. He is remembered and thought of in his neighborhood. He played the trumpet in two tropical bands and one Peruvian folkloric band. For these reasons I am sure that

Joel is a positive person if he committed an error I do not know under what circumstances but I am sure that he would not commit the error again. He has promised me and his mother that he would never again cause us any more pain and sadness.

Sincerely

Paula M. Coleto

September 08 2009

Honorable Richard J. Leon
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Yo Paula M Coleto con domicilio en 3528 Wilson Avenue Alexandria VA 22305
Me dirijo a Ud. Honorable United States District Judge, a nombre de Dios boy a poner
A su consideracion la relidad del senor JOEL A. SANDOVAL, para que Ud. Tome una
Decision justa o perdon, porque el es una persona positiva y no tiene un mal record en
todo EE.UU en ninguna otra parte si se pudiera averiguar, es primera vez arrestado.

Lo conoci en 200$ Trabajo partime en el Restaurant Spectrum como mesero, donde yo
ocupaba el cargo de Manager, fue competente, puntual , y honesto, se gano rapidamente
el carino y la confianza de sus companeros de trabajo y el mio propio. A pesar de su
corta edad Joel es muy responsable, y progresista, recien llegado a este Pais, empeso
a estudiar el Idioma Ingles, en el NACIONAL INSTITUTE OF LANGUAGE in
Washington D.C. esto tambien lo esta demostrando en el Centro de Detencion que ya
Termino con curso de GED. Como siempre su mayor preocupacion es estudiar, trabajar
y ayudar a su mama y un hermano menor que esta en la Universidad actualmente en
Lima.

Empese tener una amistad muy estrecha, cuando lo aloje en mi casa por un tiempo, luego
El fue a vivir a otro lugar por motivos de trabajo, ya no trabajabamos juntos. Sin embargo
Joel siempre me visitaba sus visitas me hacia sentir muy biem,como no tuve hijos llegue a
Tenerle mucho carino, en ese lapso me presento a su madre por telefono y llegamos tener
una buena amistad con su familia personalmente no los conocia. El me cosidera como
una segunda madre, teniendo esta relacions de amistad mi esposo y yo invitamos volver a
vivir con nosotros empesamos a vivir como una familia.

En estas circunstancias nos vino el dolor mas grande Joel fue arrestado, no pudimos creer.
Fui a verlo al centro de detencion, con la cofianza que nos tenemos hablamos lo primero
que hiso fue pedirme perdon arrepentido de haber acudido a ese lugar. Por todo el tiempo
que he visitado hemos hablado de esto el afirma que nunca lo volveria hacer y yo lo creo
porque lo conosco muy bien.

Sus padres de Joel no pueden ingresar a EE.UU. Estan desesperados, entonces yo fui a
calmarlos viaje a Lima en el mes de Mayo ultimo que cuando los conoci personalmente
a sus padres y hermanos, son personas carinosas, entonces yo pude enterarme que Joel
desde muy nino se intereso en la musica a los nueve anos ya leia partituras musicales
aparte de ser un buen estudiante, participaba en eventos religiosos desde nino, en el
barrio lo recuerdan con mucho carino y y es muy reclamado. El es trompetista de igual

manera en este pais el integra dos bandas tropicales y una banda musical folklorica peruana . Por estas razones yo estoy seguro de que Joel es una persona positiva si cometio un error no se en que circunstancias yo estoy segura que no lo volveria a hacer como el mismo me ha prometido a mi y a su madre que no nos causaria otra Dolor y pena.

Cincerament.

*[signature]*
Paula M Coleto

Through the present, who subscribe: I, Victor A. Sandoval Guerra with national identity number: 07036994 domiciled in Jr San Patricio 534 Chorrillos - Peru; and, I Juana A. Zuniga Oblitas with national identity number:10297493 domiciled in Jr San Patricio 534 Chorrillos, Lima, Peru. We address ourselves to Your Honor with the purpose of expressing our worry with respect to the problem that Joel has had with justice. Our son here in Peru dedicated himself to work and to studying since he was young. He demonstrated to have a faultless conduct and we were ashamed to know of his detention.

As parents we certify that Joel A. Sandoval Zuniga has good behavior in all the labor and social environments.

With greater respect we write to You Sir Judge to ask that you do all humanly possible to take into account our petition if convenient to resolve our sons problem. We pray to God that you accept this as our request.

Very thankful

Kindly

Victor A. Sandoval Guerra   Juana A. Zuniga Oblitas

Lima – Perú, 6 de Junio del 2009

Por intermedio de la presente, quienes suscriben:

Yo Víctor A. Sandoval Guerra con DNI: 07036994 domiciliado en **Jr. San Patricio 534 Chorrillos Lima – Perú**; y Yo Juana A. Zúñiga Oblitas con DNI: 10297493 domiciliada en **Jr. San Patricio 534 Chorrillos, Lima - Perú** nos dirigimos a Ud. **Señor Juez Supremo de Washington**, con la finalidad de hacerle llegar nuestra preocupación con respecto al problema que tiene con la justicia. Nuestro hijo acá en Perú se dedicó a trabajar y estudiar desde pequeño, él ha demostrado tener una conducta intachable y estamos apenados con la noticia de su detención.

Nosotros como padres **Certificamos** que **Joel A. Sandoval Zúñiga** tiene una buena conducta en todos los ámbitos laboral y social.

Con el mayor respeto nos dirigimos a Ud. Señor Juez para pedirle que haga todo lo que este a su alcance humanamente posible y tome en cuenta nuestra petición para los casos que sean convenientes en el momento de resolver el problema de nuestro hijo.

**Rogando a Dios sea aceptada nuestra petición quedamos de Ud. Muy agradecidos.**

Atentamente.-


_[firma]_                                                    _[firma]_

**Víctor A. Sandoval Guerra**                        **Juana A. Zúñiga Oblitas**

## CERTIFICATE OF GOOD BEHAVIOR

Through the present document; the spouses, Adrian C. Leyva and Paula M. Coleto write to You Sir Judge of Washington express our worry and respect of Mr. Joel A. Sandoval Zuniga problem with justice. We have been like his tutors from the moment that he came to this Country, Mr. Joel, always maintained a faultless conduct during the time that he has lived with us as a person, worker, collaborator in all sense of the word, it has sadly affected us the news of his detention and case which is to be resolved. We Certify as tutors that Mr. Joel owns a good conduct in all labor and social cultural environments etc, By this we request Sir Judge, you take into account our opinion when you make a decisions for his sentence, we are sure this would not be repeated on his behalf perhaps due to his inexperience and ignorance of the laws of this Country for this reason we have hopes that his sentence will be benign. Hoping our opinion is accepted and considered.

We are thankful to you.

Kindly. - Adrian C. Leyva and Paula M. Coleto

## CERTIFICADO DE BUENA CONDUCTA

Por intermedio del presente documento, los esposos, Adrian C. Leyva y Paula M. Coleto nos dirigimos a Ud. **Señor Juez Supremo de Washington**, con la finalidad de hacerle llegar nuestra preocupación con respecto al problema que tiene con la justicia el señor Joel A. Sandoval Zúñiga. De quien somos los tutores desde el momento que llego a este País, el señor Joel, siempre mantuvo una conducta intachable durante el tiempo que vivió con nosotros, es una persona trabajador, colaborador en todo sentido de la palabra, nos ha conmovido la noticia que el se encuentre detenido por los cargos que lleva por resolver.

Nosotros como tutores **Certificamos** que el señor Joel posee una **buena conducta** en todo los ámbitos ya sea laboral social cultural etc,

Por lo que le pedimos señor Juez, tome en cuenta nuestra opinión para los casos que sean convenientes, en el momento de tomar decisiones de sentencia, por que creemos que no es reincidente el los delitos que se le imputan, quizá por falta de experiencia o desconocimiento de las leyes de este País habrá incurrido en falta por primera vez, es por eso tenemos la plena seguridad que su sentencia será benigna.

Esperando sea Aceptada nuestra opinión quedamos de Ud. Muy agradecidos.

Atentamente,-

_____          _____
Adrian C. Leyva                              Paula M. Coleto

Washington, 3 de Septiembre del 2009.

With a due respect

I, Angelica Maria Sandoval Zuniga with Identity number 09830533 of Peru sister of Joel Antonio Sandoval Zuniga want to express by means of these few lines the sadness I feel to know about my brothers situation. Still today it seems so untrue, I ask that you pardon him for this error. He left here to make reality his dreams and ours and nobody is perfect. "To have an error is human and to pardon is divine", Sir Judge the truth is difficult to support and the pain obstructs all my family, and it breaks our heart not to know how much longer it may take to resolve the case. With all my faith I know my brother is a hard worker, supportive and has noble feelings. With nothing further I express my great respect to you and have faith in God that he illuminate and trust in a fair verdict, Kindly,

Angelica Maria Sandoval Zuniga

From: angelica maria sandoval zuñiga <asandozu@hotmail.com>
To: paulita195@aol.com
Subject: CARTA PARA EL JUEZ
Date: Thu, Sep 17, 2009 11:35 pm

---

**Lima, 17 de Septiembre de 2009**

Honorable Richard. J. León

United States Distrit Judge 33

Constitucion Avenue N. Washington D.C 2001

Juez León,

Con todo el respeto que Ud. se merece:

Yo Angelica Maria Sandoval Zúñiga con Documento de Identidad 09830533 de nacionalidad Peruana, hermana de Joél Antonio Sandoval Zúñiga.

Quiero trasmitirle mediante estas líneas la tristeza que me embarga por la situación en la que se encuentra mi hermano. Hasta el día de hoy nos parece mentira que el este en esta situación. Le pido disculpas si hermano cometió un error, pero el partió para realizar sus sueños y los de nosotros nadie es perfecto en esta vida y " **ERRAR ES HUMANO Y PERDONAR ES DIVINO**". Señor Juez la verdad es difícil soportar este dolor que nos embarga a toda mi familia, le pido a Ud. que ayude a mi hermano ya que se nos parte el corazon de no saber cuanto mas va a durar el proceso, doy fe que mi hermano es una persona trabajadora, solidaria, y de sentimientos nobles.

Y sin más que expresarle me despido de Ud. con el mayor respeto rogándole a Dios que lo ilumine y confiando que su veredicto sea justo.

Atentamente,

With the respect that you deserve yourself: I Christian Antonio Sandoval Zuniga with Identity number 46983665 brother of Joel Antonio Sandoval Zuriiga.

I come to you through this letter with the purpose to express my pain and how I feel due to the problem that my brother is crossing.

The day he left Peru to the United States, it was very hard for all my family and myself since it was the first time that a member of the family went away, we are a united family.

He went with the illusion to move forward and to have a better future and to especially support us as a family, especially me since I am the youngest of the brothers. Since he arrived to EE.UU he has supported me through university studies and due to the problem I no longer have had that support. He has always been a hard working person and student.

From very young he was dedicated to music discovering his passion for the trumpet and using that as a means of work. He was always finding a way to be able to move ahead, never had problems with anybody always has been a good brother, good son and a good friend. And now all these problems that have crossed his path has had us very concerned, all my family especially mother who is the one that suffers the most.

He is so far, and not to be able to see him or to communicate to us saddens us and it makes us feel impotent of not being able to do anything.

Without much more but would like to say with the due respect I ask God to bless you and hoping for justice.

Kindly,

Christian Antonio Sandoval Zuniga.

Con todo el respeto que usted se merece:

Yo Christian Antonio Sandoval Zúñiga con Documento de Identidad 46983665 hermano de Joel Antonio Sandoval Zúñiga.

Me dirijo a Usted a través de esta carta con el fin de expresarle mi pena que siento debido al problema que mi hermano está atravesando.

El día que el partió de Perú hacia los Estados Unidos, fue muy duro para toda mi familia y para mi, separarnos de él; ya que era la primera vez que un miembro de la familia se iba, ya que somos una familia unida.

El se fue con la ilusión de salir adelante y tener un futuro mejor. Y apoyarnos a nosotros como familia en especial a mí, que soy el último de los hermanos. Él desde que llego a EE.UU me apoyaba en mis estudios universitarios y hoy debido al problema que afronta ya no cuento con su apoyo.

Siempre ha sido trabajador, responsable y estudioso. Desde muy pequeño se dedico a la música descubriendo el mismo su pasión por la Trompeta y siendo este su medio de trabajo. Siempre estaba viendo la manera de poder salir adelante nunca tuvo problemas con nadie siempre ha sido buen hermano, buen hijo y buen amigo.

Y ahora todo este problema por el cual el está atravesando nos tiene consternados, a toda mi familia en especial a mi madre que es la que más sufre.

El encontrarnos tan lejos, y no poder verlo ni comunicarnos con él es lo que más nos entristece y nos hace sentir impotentes de no poder hacer nada.

Sin más que decirle y con el debido respeto me despido pidiéndole a Dios que lo ilumine y lo bendiga a Ud. y esperando que se haga justicia.


Atentamente



**Christian Antonio Sandoval Zúñiga.**

---

Discover the new Windows Vista Learn more! =

Honorable Richard. J. Leon

United States District Judge

33 Constitution Avenue N. Washington D.C 2001

Judge Leon,

With the respect that You deserve: I, Victor Antonio Sandoval Zuniga with Identity number 40406134 of Peruvian nationality, brother of Joel Antonio Sandoval Zuniga. By means of this letter I want to transmit my sadness due to the situation in which is my brother is going through. He has never had problems with justice in any aspect, as a boy he was always had good behavior, a hard worker and excellent musician, always an ace! He work as a musician in our musical group until the day he left to the United States. When he left to the United States I dedicate myself to work and to financially support our family. Being that we are very united family we have felt very ashamed and sad to not be able to be close and communicate. With greater respect I trust that God with illuminate you and trust your verdict will be right.

Kindly,

Victor Antonio Sandoval Zuniga.

From: juana zuñiga oblitas <juana1556@hotmail.com>
To: paulita195@aol.com <paulita195@aol.com>
Subject: Paulita aca estan las cartas de victor y christian mas tarde te envio las de angelica
Date: Thu, Sep 17, 2009 9:32 pm

**Lima, 17 de Septiembre de 2009**

Honorable Richard. J. León

United States Distrit Judge 33

Constitucion Avenue N. Washington D.C 2001

Juez León,

Con todo el respeto que Ud. se merece:

Yo Víctor Antonio Sandoval Zúñiga con Documento de Identidad 40406134 de nacionalidad Peruana, hermano de Joel Antonio Sandoval Zúñiga.

Por medio de estas líneas quiero transmitirle la tristeza que me embarga por la situación en la que se encuentra mi hermano. El, que jamás ha tenido problemas con la justicia en ningún aspecto, desde niño siempre se caracterizo por ser una persona de buena conducta, trabajador y excelente músico, siendo así el más conocido del ambiente musical él trabajó con nosotros en nuestro grupo musical hasta el día que partió a los Estados Unidos.

Cuando el partió a los Estados Unidos se dedico a trabajar y apoyar económicamente a nuestra familia. Siendo nosotros una familia muy unida, nos sentimos muy apenados al no poder verlo, ni tener comunicación con él y sin saber qué es lo que le espera.

Y sin más que expresarle me despido de Ud. con el mayor respeto rogándole a Dios que lo ilumine y confiando que su veredicto sea justo.


Atentamente

**Victor Antonio Sandoval Zúñiga.**



**Lima, 17 de Septiembre de 2009**

Honorable Richard. J. León

United States Distrit Judge 33

Constitucion Avenue N. Washington D.C 2001

Juez León,

17 of September of 2009

Honorable Richard J. Leon

United States District Judge

333 Constitution Avenue, N.W. Washington, D.C. 20001

The spouses Silvio and Celia Chuchon, American citizens with residence in 6224 Dana Avenue, Springfield, VA 22150 Your Honor of the United Stated District we address ourselves to ask that you consider our opinion of Mr. JOEL SANDOVAL.

We have known him since 2004, he came to us in search of employment and at that time he demonstrated to be a good worker, efficient, punctual and honest, so because of this we got to have trust in him and shared time with him in our home we have a young daughter and children and we never observed bad behavior he was reliable as if he were like part of the family.

Also we know that he is a great musician. He has played in several tropical bands in this area and a folkloric band of Peru Breezes of the Huascaran.

That is why it is hard to believe that he has committed such error, we believe that he is surely sorry for this and we are convinced that this would not happen again.

September 11 2009

Honorable Richard J. Leon
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Los esposos Silvio y Celia Chuchon, ciudadanos americanos con domicilio en 6224 Dana Avenue, Springfield Va 22150 nos dirigisme a Ud. Honorable United Stated District Judge, para pedistle que por favor tome en cuenta nuestra opinion, sobre Caso del senor JOEL SANDOVAL.

Lo conocimos en el ano 2004, cuando El acudio a nosatros buscandot trabajo, desde ese momento demostro ser un buen trabajador, eficiente, punctual y honesto, tal es asi llegamos tener confianza en El para compartir timpos libres en nustra casa teniendo hija e hijos menores, nunca observamos mal comportmiento es confiable como parte de la familia.

Tambien sabemos que es un gran musico tocando en varias bandas tropicales en esta area Y una banda folklorica del Peru Brisas del Huascaran.

Por lo que sabemos es incrible que haya cometido un error, que pensamos que El seguramente esta tan arrepentido y que estamos convencidos que no lo aria otra vez.

Silvio Chuchon

Celia F. Cole

September 17, 2009

Honorable Richard J. Leon
United States District Judge
333 Constitution Avenue, N.W.
Washington, D.C. 20001

I am part of a ministry in my Church "Christ Chapel" here in Woodbridge. We have been praying for Joel Sandoval during our services, and are happy to know that he has Jesus living in his heart now.

I have known Joel for several years, and under the circumstances of having no family here, he had shown to be a responsible man. He was always working or studying music and if I may say God has been given him extraordinary talent as a trumpet player.

He was in constant communication with his family overseas, and I know that he was always sending money to help his family back home.

He was always a quiet person; but never hesitated to help a friend in need. He was always there, or helped with moneys. He was very responsible with paying his bills on time.

For a young man alone in a foreign country he has overcome that fear of been isolated from his family. He always commented to me that he wanted to improve himself in life. He was planning to attend school to learn more English and perhaps learn a new carrier.

I am not so sure of his reason why he is in jail. I am sure that he has learned his lesson the hard way. Please allow him to regain his freedom with society. He is not a bad person, probably did something wrong, but he deserves a second chance.

You Honorable Judge Leon
 Thank you very much for your attention

God bless you


Felix Carrera
3309 Esquarre Court
Woodbridge VA 22193