

U.S. Department of Justice

**CHANNING D. PHILLIPS**
*Acting United States Attorney for the*
*District of Columbia*

Judiciary Center
555 Fourth St. N.W.
Washington, D.C. 20530

# PRESS RELEASE

| FOR IMMEDIATE RELEASE | For Information Contact: |
|---|---|
| Thursday, July 30, 2009 | Public Affairs |
| | (202) 514-6933 |
| | http://www.usdoj.gov/usao/dc/Press_Releases/index.html |

### Virginia Man Sentenced to Probation for Enticing a Child

WASHINGTON - Paul A. Seda, a 28-year-old consultant for Booz Allen Hamilton, Inc., living in McLean, Virginia, was sentenced today by the Honorable Ann Keary, in D.C. Superior Court, to 5 years probation for Enticing a Child, announced Acting United States Attorney Channing Phillips and MPD Chief Cathy L. Lanier. Seda pled guilty to the charge in June 2009.

According to evidence presented at the plea hearing, on January 28, 2008, an individual later identified as the defendant, Paul A. Seda, initiated contact with Metropolitan Police Department Detective Morani Hines, who was in an internet chat room in an undercover capacity as part of a multi-jurisdictional operation known as the Internet Crimes Against Children Task Force. Detective Hines identified himself as a 13-year-old girl. The defendant asked for a picture and Detective Hines forwarded to the defendant a photograph of a young girl approximately 13 years of age. The defendant and Detective Hines engaged in further conversation in which the defendant suggested they engage in various sexual acts. The defendant asked to meet and they arranged to meet the following day.

On January 29, 2008, at the agreed upon time, the defendant arrived at the designated meeting location in Northeast Washington, D.C., where he was arrested. Thereafter, Metropolitan Police Department officers and Fairfax County officers seized computers and a data storage device from the defendant's home in McLean, Virginia, which contained evidence connecting the defendant to the crime.

This case was brought as part of Project Safe Childhood and the District of Columbia MPD/FBI Child Exploitation Task Force. In February 2006, the Attorney General created Project Safe Childhood, a nationwide initiative designed to protect children from online exploitation and abuse. Led by the United States Attorney's Offices, Project Safe Childhood marshals federal, state and local resources to better locate, apprehend, and prosecute individuals who exploit children via the Internet, as well as identify and rescue victims. For more information about Project Safe Childhood, please visit www.projectsafechildhood.gov.

Page -2-

In announcing today's sentence, Acting United States Attorney Phillips and MPD Chief Lanier commended the outstanding investigative work of the joint task force consisting of Metropolitan Police Department Detectives Morani Hines, Timothy Palchak, Miguel Miranda, and Jonathan Andrews. Mr. Phillips also commended Criminal Investigators John Marsh and Durand Odom, who provided forensic analysis in the case, as well as Eugena Johnson and Tiffiny Jones who provided administrative support, and Ron Royal who provided litigation support. Finally, Mr. Phillips praised Assistant United States Attorney Tracey S. Lankler, who investigated and prosecuted the case.

###

09-190

# The Washington Post

## Ex-Teacher Gets 18 Months For Sex Abuse of D.C. Teen

By Maria Glod
Washington Post Staff Writer
Tuesday, September 15, 2009



Advertisement » Your Ad Here

A former teacher at Young America Works Public Charter School in the District was sentenced to 18 months in jail Monday for sexually abusing a student last school year, authorities said.

Ricardo A. Cuaderes, 57, of the 3900 block of Normandy Woods Drive in Ellicott City, pleaded guilty to one count of child sexual abuse, Howard County authorities said. Prosecutors said Cuaderes drove the boy, then 14, to Cuaderes's home one Saturday in fall 2008 and sexually abused him.

Authorities said Cuaderes had asked the victim's mother whether the teen could help decorate the school that day.

Howard Circuit Court Judge Diane O. Leasure sentenced Cuaderes to nine years in prison, with all but 18 months suspended. She ordered him to serve five years of supervised probation after his release and barred him from unsupervised contact with children younger than 18 during that period. He will also have to register as a sex offender.

**Post a Comment**

<u>View all comments</u> that have been posted about this article.

You must be logged in to leave a comment.
<u>Login</u> | <u>Register</u>

Submit

Comments that include profanity or personal attacks or other inappropriate comments or material will be removed from the site. Additionally, entries that are unsigned or contain "signatures" by someone other than the actual author will be removed. Finally, we will take steps to block users who violate any of our posting standards, terms of use or privacy policies or any other policies governing this site. Please review the <u>full rules</u> governing commentaries and discussions. You are fully responsible for the content that you post.

**Ads by Google**

Free Sex Offender Report
Where do Sex Offenders live in Your Neighborhood? Find out in 60 secs!